IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MELVA K. CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-583-L |
| ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On April 28, 2006, Magistrate Judge Gary M. Purcell entered a Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Commissioner of the Social Security Administration's (Commissioner's) final decision denying plaintiff's concurrent applications for disability insurance and supplemental security income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(I), 423 1382. The Magistrate Judge recommended that the decision of the defendant Commissioner be affirmed.

The court file reflects that plaintiff filed timely Objections to the Report and Recommendation of the United States Magistrate Judge which the court has carefully considered. Plaintiff's objection incorporates arguments previously

raised before the Magistrate Judge and also focuses on alleged errors made by the Magistrate in his Report and Recommendation. Upon *de novo* review, however, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety. Based upon the record that was developed, the court finds that the Magistrate Judge properly found that there is substantial evidence to support the ALJ's findings.

Accordingly, the decision of the Commissioner to deny plaintiff's applications for disability insurance and supplemental security income benefits is **AFFIRMED.**

It is so ordered this 11th day of July, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge